# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Gerardo Reyna-Salgado,**

        **Petitioner,**

v.                                                           Case No. 25-3172-JWL

**Kristi Noem, Pete R. Flores, Ricardo Wong, C. Carter,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus under 28 U.S.C. § 2241 is hereby **denied**.

Entered on the docket 10/3/2025

Dated: October 3, 2025                       SKYLER B. O'HARA
                                                       CLERK OF THE DISTRICT COURT

                                                           **s/J. Lolley**
                                                           **Deputy Clerk**